

# Fourth Court of Appeals
## San Antonio, Texas

June 10, 2015

No. 04-14-00785-CV

Mary Ann **CASTRO**,
Appellant

v.

Manuel **CASTRO**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-15957
Honorable Janet P. Littlejohn, Judge Presiding

## O R D E R

On June 4, 2015, appellant filed, as we interpret it, a motion to file a supplement to the appendix to her brief. We **GRANT** appellant's motion and **ORDER** the document filed on June 4, 2015, to be filed as a supplement to appellant's appendix to her brief.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court